## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

IN RE:

    **GERALD L. DEARDORFF,**             Case No. 13-32729
                                                               Chapter 7

    Debtor.

**MICHAEL H. FITZPATRICK, TRUSTEE,**

    Plaintiff,

vs.                                                         Adversary Proceeding No. 14-03015

**DEBRA K. TURNER.**

    Defendant.

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Court<br>Danny Armstrong, Clerk<br>Howard H. Baker, Jr., U.S. Courthouse Building<br>800 Market Street, Suite 330<br>Knoxville, TN 37902 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Ryan E. Jarrard<br>QUIST, CONE & FISHER, PLLC<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929-2121<br>865-524-1873 ext. 232<br>rej@qcflaw.com |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                       Danny W. Armstrong
                                                                         Clerk of the Bankruptcy Court

    March 19, 2014                                 By: _____
          Date                                                                  Deputy Clerk

## CERTIFICATE OF SERVICE

I, Ryan E. Jarrard, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ___ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Debbie K. Turner
    1391 Tater Hill Road
    Bean Station, TN 37708-6454

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly}

☐ State Law: The defendant was served pursuant to the laws of the State of _____, _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
          *Date*                                 *Signature*

| Print Name | | |
|---|---|---|
| Ryan E. Jarrard | | |
| Business Address | | |
| 2121 First Tennessee Plaza | | |
| City | State | Zip |
| Knoxville | TN | 37929-2121 |